UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: : | |
| : | MAGISTRATE NO: |
| SEARCH WARRANT FOR : | |
| 1647 BENNING RD NE SUITE 206 : | UNDER SEAL |
| WASHINGTON, DC : | |
| _____ : | |

## ORDER

Upon consideration of the Government's Motion to Seal, and the facts set forth in the Affidavit in Support of Search Warrant, it is,

HEREBY ORDERED that the Motion shall be, and hereby is,

GRANTED, and the Affidavit in Support of Search Warrant, the Search Warrant, the Government's Motion to Seal, and this Court's Order to Seal, shall remain under seal until further Order of the Court.

Dated_____        _____
                                  MAGISTRATE JUDGE
                                  United States District Court
                                  District of Columbia

CC:   THOMAS E. ZENO
      D.C. Bar No. 348623
      Assistant United States Attorney
      Fraud and Public Corruption
      555 4th Street NW
      Washington, DC 20530
      (202) 514-6957