AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of     **UNDER SEAL**
(Name, address or brief description of person, property, or premises to be searched)

1647 Benning Road, NE
Suite 206
Washington, D.C.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I _____Cindy Sheedy_____ being duly sworn depose and say:

I am a(n) ___Special Agent with the Department of Health and Human Services, Office of Inspector General___ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

1647 Benning Road NE, Suite 206, Washington, D.C., including any locked or padlocked rooms within. (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched) (as further described in "Attachment B")

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities.

concerning a violation of Title __18__ United States Code, Section(s) __§§ 1035, 1956(a)(1)__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

Thomas E. Zeno
Fraud and Public Corruption
(202) 514-6957

Signature of Affiant
Cindy Sheedy, Special Agent
Department of Health and Human Services - OIG

Sworn to before me, and subscribed in my presence

_____    at Washington, D.C.
Date

_____    _____
Name and Title of Judicial Officer    Signature of Judicial Officer