UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: : | |
| : | MAGISTRATE NO: 05-0293M-01 |
| SEARCH WARRANT FOR : | |
| 1647 BENNING RD NE SUITE 206 : | **UNDER SEAL** |
| WASHINGTON, DC : | |
| _____ : | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court to unseal the case, including the Search Warrant, the accompanying Affidavit in Support of a Search Warrant, this Motion to Unseal, and this Court's Order sealing the aforesaid documents. In support of this motion, the United States represents the following:

The affidavit, warrant and Order in this case were sealed because they contained sensitive law enforcement information regarding an ongoing criminal investigation. Now that the arrest has occurred, there is no further reason to keep the case under seal.

WHEREFORE, the government respectfully requests that this motion be granted.

Respectfully submitted,

KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

_____
THOMAS E. ZENO
D.C. Bar No. 348623
Assistant United States Attorney
Fraud and Public Corruption
555 4th Street NW
Washington, DC 20530
(202) 514-6957