UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:                                          :
                                                :   MAGISTRATE NO: 05-0293M-01
SEARCH WARRANT FOR                              :
1647 BENNING RD NE SUITE 206                    :
WASHINGTON, DC                                  :
                                                :

**FILED**

MAY 2 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Government's Motion to Unseal, it is,

HEREBY ORDERED that the Motion shall be, and hereby is,

GRANTED, and the materials in this case, including the Affidavit in Support of Search Warrant, the Search Warrant, the Government's Motion to Seal, the Government's Motion to Unseal, and this Court's Order to Seal, shall be UNSEALED.

Dated May 25, 2005

_____
MAGISTRATE JUDGE
United States District Court
District of Columbia

CC:   THOMAS E. ZENO
      D.C. Bar No. 348623
      Assistant United States Attorney
      Fraud and Public Corruption
      555 4th Street NW
      Washington, DC 20530
      (202) 514-6957