AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1647 Benning Road, NE
Suite 206
Washington, D.C.

**UNDER SEAL**

**SEARCH WARRANT**

CASE NUMBER: 05 - 0293M - 01

TO: __Cindy Sheedy__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent with the Department of Health and Human Services, Office of Inspector General_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

1647 Benning Road NE, Suite 206, Washington, D.C., including any locked or padlocked rooms within, (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) (as further described in "Attachment B")

**FILED**

MAY 2 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __27 MAY 2005__
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 1 8 2005  11:05 AM,                            at Washington, D.C.
_____
Date and Time Issued **ALAN KAY**
**U.S. MAGISTRATE JUDGE**
_____                  _____
Name and Title of Judicial Officer                  Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>5/18/2005 | DATE AND TIME WARRANT EXECUTED<br>5/24/2005 8:42AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Levon Price |
| INVENTORY MADE IN THE PRESENCE OF  Cindy Sheedy |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT |||

See Attached

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Cindy Sheedy* (signature)

Subscribed, sworn to, and returned before me this date.

_____     5-25-05
U.S. Judge or U.S. Magistrate Judge          Date